UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-cv-00154-MR

| | |
|---|---|
| MARLENE JOHNSON,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>STATE OF NORTH CAROLINA,  )<br>)<br>Respondent.  )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's Motion for Voluntary Dismissal [Doc. 2], filed on August 21, 2023, requesting to withdraw her *pro se* § 2254 Petition for Writ of Habeas Corpus [Doc. 1].

The Petition for Writ of Habeas Corpus was filed on March 10, 2023 and remains pending. [Doc. 1]. The Respondent has not been ordered to respond to the Petition.

Pursuant to Fed. R. Civ. P 41(2), an action may be dismissed at the petitioner's request by court order. Having reviewed the Petitioner's filings and the record, the Court will grant the Petitioner's request to dismiss the petition.

**IT IS, THEREFORE, ORDERED** that

1. The Petitioner's Motion for Voluntary Dismissal [Doc. 2] is **GRANTED** and this matter is **DISMISSED**.

2. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: August 29, 2023

Martin Reidinger
Chief United States District Judge